IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TERENCE CORNELIOUS
LEWIS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

　　　　Appellant,

CASE NO. 1D14-1411

v.

STATE OF FLORIDA,

　　　　Appellee.

_____/

Opinion filed February 17, 2015.

An appeal from the Circuit Court for Escambia County.
Michael G. Allen, Judge.

Nancy A. Daniels, Public Defender, and Colleen Dierdre Mullen, Assistant Public
Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Trisha Meggs Pate, Assistant Attorney General,
and Jessica Judith Dasilva, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

　　　　AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.